163 A.3d 872

IN THE MATTER OF STEPHANIE A. HAND AN ATTORNEY AT LAW

July 6, 2017

ORDER

**STEPHANIE A. HAND** of **LIVINGSTON,** who was admitted to the bar of this State in 2000, having been found guilty following a jury trial in the Superior Court of New Jersey of financial facilitation of criminal activity (second degree), in violation of *N.J.S.A.* 2C:21–25(b)(2)(a), and theft by deception (second degree), in violation of *N.J.S.A.* 2C:20–4, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **STEPHANIE A. HAND** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **STEPHANIE A. HAND** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **STEPHANIE A. HAND** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.